TRINA A. HIGGINS, United States Attorney (#7349)
BRADY WILSON, Assistant United States Attorney (#17350)
Attorneys for the United States of America
Office of the United States Attorney
20 North Main Street, Suite 208
St. George, Utah 84770
Telephone: (435) 634-4266
brady.wilson@usdoj.gov

FILED IN U.S. DISTRICT COURT
DISTRICT OF UTAH

MAY 09 2023

GARY P. SEDAR
CLERK OF COURT
BY_____
DEPUTY CLERK

---

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES DEAN SLATER,<br><br>Defendant. | INDICTMENT<br><br>Count 1: 18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm and Ammunition<br><br>Case: 4:23-cr-00041<br>Assigned To : Shelby, Robert J.<br>Assign. Date : 5/8/2023<br>Description: USA v |

The Grand Jury charges:

COUNT 1
18 U.S.C. § 922(g)(1)
(Felon in Possession of a Firearm and Ammunition)

On or about February 6, 2023, in the District of Utah,

JAMES DEAN SLATER,

defendant herein, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit: a Sota Arms SA 15, multi-caliber rifle, with serial number 003801, and ammunition, and

the firearm and ammunition were in and affecting commerce; in violation of 18 U.S.C. § 922(g)(1).

### NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of any offense charged herein in violation of 18 U.S.C. § 922, the defendant shall forfeit to the United States of America any firearms or ammunition involved in or used in the commission of the offense, including, but not limited to a Sota Arms SA 15, multi-caliber rifle, with serial number 003801, and associated ammunition.

A TRUE BILL:

/s/
_____
FOREPERSON OF THE GRAND JURY

TRINA A. HIGGINS
United States Attorney

_____
BRADY WILSON
Assistant United States Attorney